# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| STANDARD DRYWALL, INC, a California corporation; SOUTHWEST REGIONAL COUNCIL OF CARPENTERS, a labor organization; UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, a labor organization, <br><br> Plaintiffs, <br><br> v. <br><br> OPERATIVE PLASTERERS' AND CEMENT MASONS' INTERNATIONAL ASSOCIATION, LOCAL 200, AFL-CIO, a labor organization; OPERATIVE PLASTERERS' AND CEMENT MASONS' INTERNATIONAL ASSOCIATION OF THE UNITED STATES AND CANADA, AFL-CIO. <br><br> Defendants. | CASE NO: EDCV09-0115 SGL (OPx) <br><br> JUDGMENT <br><br> Assigned to: <br> Hon. Stephen G. Larson, Courtroom 1 <br><br> Complaint Filed: January 15, 2009 <br> Trial Date: Not Set |

1

[PROPOSED] JUDGMENT

CASE NO: EDCV09-0115 SGL (OPx)

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | OPERATIVE PLASTERERS' AND CEMENT MASONS' INTERNATIONAL ASSOCIATION, LOCAL 200, AFL-CIO, a labor organization; OPERATIVE PLASTERERS' AND CEMENT MASONS' INTERNATIONAL ASSOCIATION OF THE UNITED STATES AND CANADA, AFL-CIO. |
| 7 | Cross-Petitioners, |
| 8 | v. |
| 9<br>10<br>11<br>12<br>13 | STANDARD DRYWALL, INC, a California corporation; SOUTHWEST REGIONAL COUNCIL OF CARPENTERS, a labor organization; UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, a labor organization, |
| 14 | Cross-Respondents. |

This action having come regularly on for hearing on June 8, 2009, the Honorable Stephen G. Larson, Presiding, on the motion for summary judgment filed by Plaintiffs/Cross-Respondents Standard Drywall, Inc.; Southwest Regional Council of Carpenters; and United Brotherhood of Carpenters and Joiners of America, and the evidence presented having been fully considered, the issues having been duly heard, and a decision on the merits having been duly rendered,

**IT IS ORDERED, ADJUDGED, AND DECREED** that **JUDGMENT** is entered in favor of Plaintiffs/Cross-Respondents Standard Drywall, Inc.; Southwest Regional Council of Carpenters; and United Brotherhood of Carpenters and Joiners of America, and each of them, and against

MARKS, GOLIA & FINCH, LLP
8620 Spectrum Center Boulevard
Suite 900
San Diego, CA 92123
(858) 737-3100

[PROPOSED] JUDGMENT

CASE NO: EDCV09-0115 SGL (OPx)

1  Defendants/Cross-Petitioners Operative Plasterers' and Cement Masons'
2  International Association, Local 200 and Operative Plasterers' and Cement
3  Masons' International Association, AFL-CIO, and both of them, with respect to
4  the First Amended Complaint to Vacate Arbitration Award, and

5  **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that
6  Defendants/Cross-Petitioners Operative Plasterers' and Cement Masons'
7  International Association, Local 200 and Operative Plasterers' and Cement
8  Masons' International Association, AFL-CIO, and both of them, take nothing
9  with respect to their Cross-Petition to Confirm and Enforce Arbitration Award
10 and that the Cross-Petition be dismissed on the merits.

12 DATED: June 12, 2009            By: _____
13                                  HON. STEPHEN G. LARSON
                                    Judge of the United States District Court

26 576.100/MTB388.bdp

3

MARKS, GOLIA & FINCH, LLP
8620 Spectrum Center Boulevard
Suite 900
San Diego, CA 92123
(858) 737-3100

[PROPOSED] JUDGMENT

CASE NO: EDCV09-0115 SGL (OPx)